156 So.2d 55

**HIGGINS, INC.**

**v.**

**Richard E. WALKER, Administrator of The Division of Employment Security, Department of Labor, State of Louisiana.**

**No. 46839.**

Sept. 20, 1963.

In re: Richard E. Brown, Jr., etc., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 153 So.2d 580.

Writ refused. The judgment is correct.

156 So.2d 56

**Jack K. SMITHWICK, dba Jack K. Smithwick & Son,**

**v.**

**LORANTS ARMY & SPORTING GOODS, INC.**

**No. 46840.**

Sept. 20, 1963.

In re: Lorants Army & Sporting Goods, Inc., applying for certiorari, or writ of re-

view, to the Court of Appeal, Second Circuit, Parish of Caddo. 153 So.2d 196.

The application is denied. The judgment complained of is correct.